IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANITOCH, et al.,<br><br>Defendants. | Case No.: 12-cv-04693 JSC<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Defendants' Motion to Dismiss, filed November 9, 2012.[1] (Dkt. No. 7.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before December 17, 2012. If Plaintiff files an opposition, Defendants reply is due by January 7, 2013.

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff and the appearing Defendants consented to the jurisdiction of a United States Magistrate Judge. (Dkt. Nos. 5, 13.)

1   If no response is received, this action may be dismissed without prejudice, pursuant to
2   Federal Rule of Civil Procedure 41(b), for failure to prosecute.
3   **IT IS SO ORDERED.**

5   Dated: December 5, 2012

                                                        _____
                                                        JACQUELINE SCOTT CORLEY
                                                        UNITED STATES MAGISTRATE JUDGE