IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANITOCH, et al.,<br><br>Defendants. | Case No.: 12-cv-04693 JSC<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Defendants' Motion to Dismiss, filed November 9, 2012.[1] (Dkt. No. 7.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before December 17, 2012. If Plaintiff files an opposition, Defendants reply is due by January 7, 2013.

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff and the appearing Defendants consented to the jurisdiction of a United States Magistrate Judge. (Dkt. Nos. 5, 13.)

If no response is received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE