ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS A. ALVAREZ-ORELLANA

    Plaintiffs,

vs.

CITY OF ANTIOCH et al.,

    Defendants,

Case No.: C12-4693 JSC

ORDER PURSUANT TO STIPULATION

Date:  January 24, 2013
Time:  9:00 a.m.
Courtroom F, 15th Fl.

Magistrate Judge Jacqueline Scott Corley

    Pursuant to Stipulation between, Plaintiff Luis A. Alvarez-Orellana and Defendants City of Antioch, Loren Bledsoe and Allan Cantando, IT IS HEREBY ORDERED THAT, Plaintiff's opposition to Defendants' Motion to Dismiss be filed by January 3, 2013 and a Reply thereon, by January 10, 2013. The hearing date and time for the Motion to Dismiss is January 31 2013 at __9:00__ a.m./~~p.m.~~  The Court further orders that the CMC be rescheduled to __01/31/2013__ at __9:00__ a.m./~~p.m.~~

Dated: December 10, 2012

_____
Magistrate Judge Jacqueline Scott Corley

IT IS SO ORDERED AS MODIFIED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

PARTIES STIPULATION TO FILING OF RESPONSE AND REPLY ON DEFENDANTS' MOTION TO DISMISS Page 3