1

2   ENRIQUE RAMIREZ  SBN 98751
    Law Office of Enrique Ramirez
3   825 Van Ness Avenue, Suite 304
    San Francisco, CA 94109
4   (415)441-9775
    Facsimile: (415)441-9917
5
    Attorney for Plaintiff
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                                  )
9   LUIS A. ALVAREZ-ORELLANA       )   Case No.: C12-4693 JSC
                                   )
10          Plaintiffs,            )   ORDER PURSUANT TO STIPULATION
                                   )
11      vs.                        )   Date:      January 24, 2013
                                   )   Time:      9:00 a.m.
12  CITY OF ANTIOCH et al.,        )   Courtroom F, 15th Fl.
                                   )
13          Defendants,            )
                                   )
14                                 )   Magistrate Judge Jacqueline Scott Corley
                                   )
15  _____)

16

17

18          Pursuant to Stipulation between, Plaintiff Luis A. Alvarez-Orellana and Defendants City

19  of Antioch, Loren Bledsoe and Allan Cantando, IT IS HEREBY ORDERED THAT, Plaintiff's

20  opposition to Defendants' Motion to Dismiss be filed by January 3, 2013 and a Reply thereon,

21  by January 10, 2013.  The hearing date and time for the Motion to Dismiss is January 31

22  2013 at ___9:00___ a.m./p.m.  The Court further orders that the CMC be rescheduled to

23  _01/31/2013_ at __9:00__ a.m./p.m.

24

25          Dated:  December 10, 2012        _____

26                                           Magistrate J_____tt Corley

27                                           IT IS SO ORDERED
                                             AS MODIFIED
                                             Jacqueline S.Corley
28                                           Judge Jacqueline Scott Corley