Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his capacity as a police officer for the CITY OF ANTIOCH; ALLAN CANTANDO, individually and in his official capacity as chief of police for the city of Antioch; DAVID O. LIVINGSTON, individually and in his official capacity as Sheriff for the County of Contra Costa; LREOY D. BACA, individually and in his official capacity as Sheriff for the County Los Angeles; L. WALKER, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; C. NEDAR, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; LOS ANGELES SUPERIOR COURT CLERK'S OFFICE, in its official capacity; and DOES 1-30,<br><br>    Defendants. | Case No. C12-4693 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING APPEARANCE OF ALL NAMED DEFENDANTS AND DECISION ON MOTION TO DISMISS** |

    This matter is currently scheduled for Initial Case Management  Conference on Thursday, January 31, 2013 (see Order on Stipulation  dated December 10, 2012 Docket No. 13).  Defendants City of Antioch,  police officer Loren Bledsoe and chief of police Allan Cantando (the "Antioch Defendants") Motion to Dismiss is also scheduled  for hearing on Thursday January 31, 2013 (See Docket No. 13.)

Plaintiff has not filed a proof of service regarding service on any of other named defendants. Plaintiff attempted service by mail but that was unsuccessful. Plaintiff is now proceeding with personal service on all of the other named defendants.   Service on the other defendants and their first appearances will take approximately 30-45 days.

Given there are numerous defendants who have not been served and appeared, and because there is  a pending Motion to Dismiss which may result in the filing of an amended complaint, the plaintiff and the Antioch Defendants believe it's prudent to continue the Initial Case Management Conference to a future date when the action will be " at issue"  with all parties having appeared and answered.  Therefore the plaintiff and Antioch defendants Stipulate and respectfully request  that this  Court continue the current  date for the Initial Case Management Conference from Thursday,  January 31 to Thursday, March 28, 2013  at 130 pm or to that future date most convenient for the Court.

So stipulated:

Dated:  January 11, 2013.                                         Law Offices of Enrique Ramirez

By: /s/
Enrique Ramirez

Dated:  January 11, 2013.                                         BERTRAND, FOX & ELLIOT

By: /s/
Gregory M. Fox
Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January 11, 2013                                  /s/
Gregory M. Fox

2
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

**ORDER**

Good cause appearing the Stipulation is So Ordered. The initial Case Management Conference is continued from Thursday January 31, 2013 to Thursday March 28, 2013 at 1:30 pm.

Dated: January 14, 2013

By: _____
Hon. Jacqueline Scott Corley



3
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE