1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5  Attorneys for Defendants
   CITY OF ANTIOCH, LOREN BLEDSOE
6  and ALLAN CANTANDO

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LUIS A. ALVAREZ-ORELLANA, | Case No. C12-4693 JSC |
|----|---------------------------|------------------------|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING APPEARANCE OF ALL NAMED DEFENDANTS AND DECISION ON MOTION TO DISMISS** |
| 13 | v. | |
| 14 | CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his capacity as a police officer for the CITY OF ANTIOCH; ALLAN CANTANDO, individually and in his official capacity as chief of police for the city of Antioch; DAVID O. LIVINGSTON, individually and in his official capacity as Sheriff for the County of Contra Costa; LREOY D. BACA, individually and in his official capacity as Sheriff for the County Los Angeles; L. WALKER, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; C. NEDAR, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; LOS ANGELES SUPERIOR COURT CLERK'S OFFICE, in its official capacity; and DOES 1-30, | |
| | Defendants. | |

25  This matter is currently scheduled for Initial Case Management Conference on Thursday,
26  January 31, 2013 (see Order on Stipulation dated December 10, 2012 Docket No. 13).  Defendants City
27  of Antioch, police officer Loren Bledsoe and chief of police Allan Cantando (the "Antioch Defendants")
28  Motion to Dismiss is also scheduled for hearing on Thursday January 31, 2013 (See Docket No. 13.)

1  Plaintiff has not filed a proof of service regarding service on any of other named defendants.
2  Plaintiff attempted service by mail but that was unsuccessful.  Plaintiff is now proceeding with personal
3  service on all of the other named defendants.   Service on the other defendants and their first appearances
4  will take approximately 30-45 days.

5  Given there are numerous defendants who have not been served and appeared, and because there
6  is  a pending Motion to Dismiss which may result in the filing of an amended complaint, the plaintiff
7  and the Antioch Defendants believe it's prudent to continue the Initial Case Management Conference to a
8  future date when the action will be " at issue"  with all parties having appeared and answered.  Therefore
9  the plaintiff and Antioch defendants Stipulate and respectfully request   that this   Court continue the
10 current   date for the Initial Case Management Conference from Thursday,   January 31 to Thursday,
11 March 28, 2013  at 130 pm or to that future date most convenient for the Court.

12 So stipulated:

13 Dated:  January 11, 2013.                         Law Offices of Enrique Ramirez

15                                                       */s/*
                                       By: _____
16                                         Enrique Ramirez

17 Dated:  January 11, 2013.                         BERTRAND, FOX & ELLIOT

19                                                       */s/*
                                       By: _____
20                                         Gregory M. Fox
                                           Attorneys for Defendants
21                                         CITY OF ANTIOCH, LOREN BLEDSOE
                                           and ALLAN CANTANDO

23                               **ATTORNEY ATTESTATION**

24 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
25 conformed signature ("/s/") within this E-filed document.

27 Dated: January 11, 2013                        _____/s/_____
                                                  Gregory M. Fox

**ORDER**

Good cause appearing the Stipulation is So Ordered. The initial Case Management Conference is continued from Thursday January 31, 2013 to Thursday March 28, 2013 at 1:30 pm.

Dated: January 14 , 2013

By: _____
Hon. Jacqueline Scott Corley
United States Magistrate Judge



IT IS SO ORDERED
Jacqueline S. Corley
Judge Jacqueline Scott Corley