IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>               Plaintiff,<br><br>       v.<br><br>CITY OF ANITOCH, et al.,<br><br>               Defendants. | Case No.: 12-cv-04693 JSC<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO SERVE** |

This civil action was filed on September 7, 2012 against the City of Antioch, Loren Bledso, Allan Cantando, David Livingston, Leroy Baca, L. Walker, C. Nedar, the Los Angeles Superior Court Clerk's Office, and Does 1-30.[1]  (Dkt. No. 1.)  To date, only Defendants City of Antioch, Loren Bledsoe, and Allan Cantando have entered an appearance with the Court.  There is no record of service for the remaining defendants; namely, David Livingston, Leroy Baca, L. Walker, C. Nedar, or the Los Angeles Superior Court Clerk's Office.

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff and the appearing Defendants consented to the jurisdiction of a United States Magistrate Judge. (Dkt. Nos. 5, 13.)

Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed as to Defendants Livingston, Baca, Walker, Nedar, and the Los Angeles Superior Court Clerk's Office for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).  Plaintiff shall file a written response to this ORDER to SHOW CAUSE by January 30, 2013 and be prepared to address this Order at the hearing on Defendants' Motion to Dismiss scheduled for January 31, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, CA.

If no response is received, this action may be dismissed as to Defendants Livingston, Baca, Walker, Nedar, and the Los Angeles Superior Court Clerk's Office for failure to serve, pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated:  January 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE