ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH et al.,<br><br>        Defendants, | Case No.:  C12-4693 JSC<br><br>Plaintiff LUIS A. ALVAREZ REQUEST FOR DISMISSAL OF DEFENDANT CALIFORNIA SUPERIOR COURT (Sued herein incorrectly as LOS ANGELES SUPERIOR COURT CLERK'S OFFICE)<br><br>Date:       March 21, 2013<br>Time:       .<br>Courtroom 5. 17th Fl.<br><br>Honorable Judge Edward M. Chen |

Pursuant to Federal Rules of Civil Procedure number 41, Plaintiff LUIS A ALVARES-ORELLANA, by and through his attorney of record, ENRIQUE RAMIREZ, hereby dismisses Defendant CALIFORNIA SUPERIOR COURT IN LOS ANGELES, CAL., sued herein incorrectly as LOS ANGELES SUPERIOR COURT CLERK'S OFFICE.

Dated:  03/21/2013

Respectfully submitted,

_____/s/_____

ENRIQUE RAMIREZ

Attorney for Plaintiff Luis A. Alvarez

PLAINTIFF'S REQUEST FOR DISMISSAL                                                                                  Page 1

ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| LUIS A. ALVAREZ-ORELLANA<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF ANTIOCH et al.,<br><br>        Defendants, | Case No.: C12-4693 ~~JSC~~  EMC<br><br>ORDER<br><br>Date                    2013<br>Time:              .<br>Courtroom 5, 17th Fl.<br><br><br>Honorable Judge Edward M. Chen |

Plaintiff Luis A. Alvarez-Orellana request for Dismissal as to Defendant CALIFORNIA SUPERIOR COURT IN LOS ANGELES, CALIFORNIA, sued herein incorrectly as LOS ANGELES SUPERIOR COURT CLERK'S OFFICE, is hereby granted. (with prejudice)

DATED:  3/21/13    _____

Honorable Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

PLAINTIFF'S REQUEST FOR DISMISSAL                                                            Page 2