ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS A. ALVAREZ-ORELLANA

Plaintiffs,

vs.

CITY OF ANTIOCH et al.,

Defendants,

Case No.: C12-4693 JSC

~~ORDER~~ Amended Order Dismissing Defendant Los Angeles Superior Court Clerk's Office

Date: 2013
Time:
Courtroom 5, 17th Fl.

Honorable Judge Edward M. Chen

Plaintiff Luis A. Alvarez-Orellana request for Dismissal as to Defendant CALIFORNIA SUPERIOR COURT IN LOS ANGELES, CALIFORNIA, sued herein incorrectly as LOS ANGELES SUPERIOR COURT CLERK'S OFFICE, is hereby granted. Dismissal is with prejudice per parties' stipulat—

DATED:
3/21/13

Honorable Judge Edward M. Chen

PLAINTIFF'S REQUEST FOR DISMISSAL                                   Page 2