1 Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
2 The Waterfront Building
2749 Hyde Street
3 San Francisco, California 94109
Telephone: (415) 353-0999
4 Facsimile:  (415) 353-0990

5 Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
6 and ALLAN CANTANDO

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LUIS A. ALVAREZ-ORELLANA,                    Case No. C12-4693 JSC

12        Plaintiff,                            **STIPULATION AND [PROPOSED] ORDER
                                                CONTINUING CASE MANAGEMENT
13 v.                                           CONFERENCE and RELATED RULE 26
                                                DISCLOSURES  PENDING APPEARANCES OF
14 CITY OF ANTIOCH; LOREN BLEDSOE,              ALL NAMED DEFENDANTS, FILING OF THE
individually and in his capacity as a police   AMENDED COMPLAINT AND FILING OF
15 officer for the CITY OF ANTIOCH; ALLAN       RESPONSIVE PLEADINGS THEREIN**
CANTANDO, individually and in his official
16 capacity as chief of police for the city of
Antioch; DAVID O. LIVINGSTON,
17 individually and in his official capacity as
Sheriff for the County of Contra Costa; LREOY
18 D. BACA, individually and in his official
capacity as Sheriff for the County Los Angeles;
19 L. WALKER, individually and in his official
capacity as Clerk for the Los Angeles County
20 Superior Court; C. NEDAR, individually and in
his official capacity as Clerk for the Los
21 Angeles County Superior Court; LOS
ANGELES SUPERIOR COURT CLERK'S
22 OFFICE, in its official capacity; and DOES 1-
30,
23
       Defendants.
24

25        This matter is currently scheduled for the  Initial Case Management  Conference on Thursday,

26 April 18 and plaintiff is also required to file his amended complaint on that same date (see Order on

27 Stipulation  dated  March 4, 2013 Docket No. 38).   Plaintiff has attempted service on defendant David

28 O. Livingston,  Sheriff of Contra Costa County.  Counsel  from the Contra Costa County Counsel's

1   Office have made arrangements  with plaintiff's counsel so that  County Counsel for Contra Costa

2   County  may accept service for defendant Livingston of the amended complaint and said service of the

3   amended complaint will take place sometime after  the filing of the amended complaint on or before

4   April 18, 2013.

5        Given not all parties have yet formally appeared in the above captioned matter,  and it may take

6   another 30 - 45 days  after  April 18 for  all appearances to  be filed in the above captioned matter,  the

7   attorneys for  the parties  presently appearing agree it would be a more efficient use of Court resources

8   and the time and costs for the parties that the Case Management Conference be continued again  from

9   Thursday April 18 to Thursday June 27 so that all named defendants who have been served and not

10  dismissed may appear and participate in said CMC.

11       Therefore the plaintiff and Antioch defendants  and defendant Baca Stipulate and respectfully

12  request  that this  Court continue the current  date for the Initial Case Management Conference from

13  Thursday,  April 18  to Thursday,  June 27, 2013  at 130 pm or to that future date most convenient for the

14  Court.

15        A joint CMC statement to be filed on or before Thursday June 20,  2013.

16       The parties further agree that  at the time of the Case Management Conference hearing, the date

17  of  Rule 26 (f)  disclosures and ADR process  should be re-scheduled  to a new date mutually convenient

18  to all parties and based on the results of the Case Management Conference  all of which will help frame

19  the issues.

20       Based  on this good cause the parties, acting by and through their respective legal counsel,

21  stipulate and request   that the Court order the stipulation of the parties and that the initial Case

22  Management Conference  date  be continued from April 18 to June 27, 2013.  A  joint Case Management

23  Conference Statement to be filed  Thursday June 20, 2013.  The date for Rule 26 (f) disclosures; and   the

24  deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone

25  Conference,  to be set by the Court at the initial  Case Management Conference.

26

27

28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

1   Dated:  April 4, 2013.                                    Law Offices of Enrique Ramirez

2

3                                                                            */s/*
                                                              By:

4                                                                    Enrique Ramirez

5

6   Dated:  April 4, 2013.                                    BERTRAND, FOX & ELLIOT

7

8                                                                            */s/*
                                                              By:

9                                                                    Gregory M. Fox
                                                                     Attorneys for Defendants
10                                                                   CITY OF ANTIOCH, LOREN BLEDSOE
                                                                     and ALLAN CANTANDO

11

12  Dated:  April 4, 2013.                                    LOS ANGELES COUNTY COUNSEL

13

14                                                                           */s/*
                                                              By:

15                                                                   Jonathan McCaverty,
                                                                     Senior Deputy County Counsel
16                                                                   Attorney for Defendant Leroy D. Baca

17                                    **ATTORNEY ATTESTATION**

18          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

19  conformed signature ("/s/") within this E-filed document.

20

21  Dated:  April 4, 2013                              /s/
                                                   Gregory M. Fox

22

23                                           **ORDER**

24          Good cause appearing the Stipulation is  So Ordered.  The  initial Case Management Conference
                                                     at 9:00 a.m.
25  date  is continued from April 18 to June 27, 2013 or _____.  A  joint Case Management Conference

26  Statement to be filed  Thursday June 20, 2013 or _____.  The date for Rule 26 (f) disclosures; and

27  the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR

28

                                              3

1    Phone Conference,  to be set by the Court at the initial  Case Management Conference.

2        Dated:  April    12   , 2013

3

4                 By:                               

                           Judge U.S. District Court



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE