1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5  Attorneys for Defendants
   CITY OF ANTIOCH, LOREN BLEDSOE
6  and ALLAN CANTANDO

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| LUIS A. ALVAREZ-ORELLANA, | Case No. C12-4693 JSC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE and RELATED RULE 26 DISCLOSURES  PENDING APPEARANCES OF ALL NAMED DEFENDANTS, FILING OF THE AMENDED COMPLAINT AND FILING OF RESPONSIVE PLEADINGS THEREIN** |
| v. | |
| CITY OF ANTIOCH; LOREN BLEDSOE, individually and in his capacity as a police officer for the CITY OF ANTIOCH; ALLAN CANTANDO, individually and in his official capacity as chief of police for the city of Antioch; DAVID O. LIVINGSTON, individually and in his official capacity as Sheriff for the County of Contra Costa; LREOY D. BACA, individually and in his official capacity as Sheriff for the County Los Angeles; L. WALKER, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; C. NEDAR, individually and in his official capacity as Clerk for the Los Angeles County Superior Court; LOS ANGELES SUPERIOR COURT CLERK'S OFFICE, in its official capacity; and DOES 1-30, | |
| Defendants. | |

This matter is currently scheduled for the Initial Case Management Conference on Thursday, April 18 and plaintiff is also required to file his amended complaint on that same date (see Order on Stipulation dated March 4, 2013 Docket No. 38). Plaintiff has attempted service on defendant David O. Livingston, Sheriff of Contra Costa County. Counsel from the Contra Costa County Counsel's

1
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

1  Office have made arrangements with plaintiff's counsel so that County Counsel for Contra Costa
2  County may accept service for defendant Livingston of the amended complaint and said service of the
3  amended complaint will take place sometime after the filing of the amended complaint on or before
4  April 18, 2013.

5  Given not all parties have yet formally appeared in the above captioned matter, and it may take
6  another 30 - 45 days after April 18 for all appearances to be filed in the above captioned matter, the
7  attorneys for the parties presently appearing agree it would be a more efficient use of Court resources
8  and the time and costs for the parties that the Case Management Conference be continued again from
9  Thursday April 18 to Thursday June 27 so that all named defendants who have been served and not
10 dismissed may appear and participate in said CMC.

11 Therefore the plaintiff and Antioch defendants and defendant Baca Stipulate and respectfully
12 request that this Court continue the current date for the Initial Case Management Conference from
13 Thursday, April 18 to Thursday, June 27, 2013 at 130 pm or to that future date most convenient for the
14 Court.

15 A joint CMC statement to be filed on or before Thursday June 20, 2013.

16 The parties further agree that at the time of the Case Management Conference hearing, the date
17 of Rule 26 (f) disclosures and ADR process should be re-scheduled to a new date mutually convenient
18 to all parties and based on the results of the Case Management Conference all of which will help frame
19 the issues.

20 Based on this good cause the parties, acting by and through their respective legal counsel,
21 stipulate and request that the Court order the stipulation of the parties and that the initial Case
22 Management Conference date be continued from April 18 to June 27, 2013. A joint Case Management
23 Conference Statement to be filed Thursday June 20, 2013. The date for Rule 26 (f) disclosures; and the
24 deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone
25 Conference, to be set by the Court at the initial Case Management Conference.

26
27
28

1 | Dated: April 4, 2013.                                    Law Offices of Enrique Ramirez

                                                             By: */s/*
                                                                 Enrique Ramirez


6 | Dated: April 4, 2013.                                    BERTRAND, FOX & ELLIOT

                                                             By: */s/*
                                                                 Gregory M. Fox
                                                                 Attorneys for Defendants
                                                                 CITY OF ANTIOCH, LOREN BLEDSOE
                                                                 and ALLAN CANTANDO

12 | Dated: April 4, 2013.                                   LOS ANGELES COUNTY COUNSEL

                                                             By: */s/*
                                                                 Jonathan McCaverty,
                                                                 Senior Deputy County Counsel
                                                                 Attorney for Defendant Leroy D. Baca

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: April 4, 2013              */s/*
                                  Gregory M. Fox

## ORDER

Good cause appearing the Stipulation is So Ordered. The initial Case Management Conference date is continued from April 18 to June 27, 2013 ~~or~~ at 9:00 a.m. A joint Case Management Conference Statement to be filed Thursday June 20, 2013 ~~or~~ _____. The date for Rule 26 (f) disclosures; and the deadlines for filing the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR

3
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

1 | Phone Conference, to be set by the Court at the initial Case Management Conference.

2 | Dated: April   12 , 2013

3 | By: _____
4 | Judge, U.S. District Court

