```
 1  Gregory M. Fox, State Bar No. 070876
    BERTRAND, FOX & ELLIOT
 2  The Waterfront Building
    2749 Hyde Street
 3  San Francisco, California 94109
    Telephone: (415) 353-0999
 4  Facsimile:  (415) 353-0990

 5  Attorneys for Defendants
    CITY OF ANTIOCH, LOREN BLEDSOE
 6  and ALLAN CANTANDO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUIS A. ALVAREZ-ORELLANA, | Case No. C12-4693 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO TO ANSWER THE FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF ANTIOCH; et al., | |
| Defendants. | |

The parties, plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his attorney of record, Enrique Ramirez of the Law Office of Enrique Ramirez, and defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO, by and through their attorney of record, Gregory M. Fox of Bertrand, Fox & Elliot, hereby stipulate that the said defendants' Answer to plaintiff's First Amended Complaint must be filed with the Court and served on the parties on or before May 23, 2013.

So stipulated:

Dated: May 1, 2013                                        LAW OFFICE OF ENRIQUE RAMIREZ


                                                  By:  _____/s/_____
                                                        Enrique Ramirez
                                                        Attorneys for Plaintiff
                                                        LUIS A. ALVAREZ-ORELLANA

---

1

STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS CITY OF ANTIOCH, LOREN BLEDSOE AND ALLAN CANTANDO TO ANSWER THE FIRST AMENDED COMPLAINT

Dated: May 1, 2013                                     BERTRAND, FOX & ELLIOT

By:  _____/s/_____
  Gregory M. Fox
  Attorneys for Defendants
  CITY OF ANTIOCH, LOREN BLEDSOE
  and ALLAN CANTANDO

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: May 1, 2013                 _____/s/_____
  Gregory M. Fox

## ORDER

Having reviewed the Stipulation of the parties regarding the filing due date for the City of Antioch defendants' Answer to the First Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO must file and serve their Answer to plaintiff LUIS A. ALVAREZ-ORELLANA's First Amended Complaint by May 23, 2013.

Dated: May 7, 2013

_____
The Honorable Edward M. Chen
United States District Court

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS CITY OF ANTIOCH, LOREN BLEDSOE AND ALLAN CANTANDO TO ANSWER THE FIRST AMENDED COMPLAINT