Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH; et al.,<br><br>　　　　Defendants. | Case No. C12-4693 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANTS CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO TO ANSWER THE FIRST AMENDED COMPLAINT** |

　　　　The parties, plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his attorney of record, Enrique Ramirez of the Law Office of Enrique Ramirez, and defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO, by and through their attorney of record, Gregory M. Fox of Bertrand, Fox & Elliot, hereby stipulate that the said defendants' Answer to plaintiff's First Amended Complaint must be filed with the Court and served on the parties on or before May 23, 2013.

　　　　So stipulated:

Dated:  May 1, 2013　　　　　　　　　　　　　　　LAW OFFICE OF ENRIQUE RAMIREZ


　　　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Enrique Ramirez
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　LUIS A. ALVAREZ-ORELLANA

Dated: May 1, 2013                                    BERTRAND, FOX & ELLIOT

By: _____/s/_____
Gregory M. Fox
Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: May 1, 2013                    _____/s/_____
Gregory M. Fox

## ORDER

Having reviewed the Stipulation of the parties regarding the filing due date for the City of Antioch defendants' Answer to the First Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO must file and serve their Answer to plaintiff LUIS A. ALVAREZ-ORELLANA's First Amended Complaint by May 23, 2013.

Dated: May 7, 2013

_____
The Honorable Edward M. Chen
United States District Court

IT IS SO ORDERED
Judge Edward M. Chen