JOHN F. KRATTLI, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JONATHAN McCAVERTY, Senior Deputy County Counsel
(SBN 210922) • *jmccaverty@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1828 · Fax: (213) 626-2105

Attorneys for Defendant
LEROY D. BACA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | CASE NO. C 12-4693 EMC<br><br>STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANT LEROY D. BACA TO RESPOND TO THE FIRST AMENDED COMPLAINT |

The parties, Plaintiff Luis Alvarez-Orellana, by and through his attorney of record, Enrique Ramirez of the Law Offices of Enrique Ramirez, and Defendant Leroy D. Baca, by and through his attorney of record, Deputy County Counsel Jonathan McCaverty, hereby stipulate that the said defendant's response to Plaintiff's First Amended Complaint must be filed with the Court and served on the parties on or before May 23, 2013.

///
///
///
///

HOA.977838.1

C 12-4693 EMC

1 | So stipulated.

3 | DATED: May 8, 2013          Respectfully submitted,

JOHN F. KRATTLI
County Counsel

By    /s/ Jonathan McCaverty
JONATHAN McCAVERTY
Senior Deputy County Counsel

Attorneys for Defendant
LEROY D. BACA

13 | DATED: May 8, 2013          LAW OFFICES OF ENRIQUE RAMIREZ

By    /s/ Enrique Ramirez
Enrique Ramirez

Attorneys for Plaintiff
LUIS ALVAREZ-ORELLANA

HOA.977838.1

STIPULATION AND [PROPOSED]          -2-          C 12-4693 EMC
ORDER SETTING DATE FOR
DEFENDANT LEROY D. BACA TO
RESPOND TO THE FIRST
AMENDED COMPLAINT

1
2                         **[PROPOSED] ORDER**

3     Having reviewed the Stipulation of the parties regarding the filing due date of
4 Defendant Leroy D. Baca's response to Plaintiff's First Amended Complaint, and
5 good cause appearing therefore,
6     IT IS HEREBY ORDERED, that Defendant Leroy D. Baca must file and
7 serve a response to Plaintiff's First Amended Complaint by May 23, 2013.

8
9 May 13, 2013

10                         The Honorable Edward M. Chen
11                         United States District Judge



HOA.977838.1                                                     C 12-4693 EMC

STIPULATION AND [PROPOSED]    -3-
ORDER SETTING DATE FOR
DEFENDANT LEROY D. BACA TO
RESPOND TO THE FIRST
AMENDED COMPLAINT