1  JOHN F. KRATTLI, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  JONATHAN McCAVERTY, Senior Deputy County Counsel
   (SBN 210922) • *jmccaverty@counsel.lacounty.gov*
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 974-1828 · Fax: (213) 626-2105
5
   Attorneys for Defendant
6  LEROY D. BACA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LUIS A. ALVAREZ-ORELLANA,   | CASE NO. C 12-4693 EMC
12 |         Plaintiff,           | STIPULATION AND [PROPOSED]
                                  | ORDER SETTING DATE FOR
13 |     v.                       | DEFENDANT LEROY D. BACA TO
                                  | RESPOND TO THE FIRST
14 | CITY OF ANTIOCH, et al.,     | AMENDED COMPLAINT
15 |         Defendants.          |

16
        The parties, Plaintiff Luis Alvarez-Orellana, by and through his attorney of
17
   record, Enrique Ramirez of the Law Offices of Enrique Ramirez, and Defendant
18
   Leroy D. Baca, by and through his attorney of record, Deputy County Counsel
19
   Jonathan McCaverty, hereby stipulate that the said defendant's response to Plaintiff's
20
   First Amended Complaint must be filed with the Court and served on the parties on
21
   or before May 23, 2013.
22
        ///
23
        ///
24
        ///
25
        ///
26

27 HOA.977838.1                                                    C 12-4693 EMC

1  So stipulated.

2

3  DATED: May 8, 2013                    Respectfully submitted,

4                                         JOHN F. KRATTLI
5                                         County Counsel

6

7                                         By    /s/ Jonathan McCaverty
8                                              JONATHAN McCAVERTY
                                               Senior Deputy County Counsel
9
                                          Attorneys for Defendant
10                                         LEROY D. BACA

11

12

13 DATED: May 8, 2013                     LAW OFFICES OF ENRIQUE RAMIREZ

14

15                                        By    /s/ Enrique Ramirez
                                               Enrique Ramirez
16

17
                                          Attorneys for Plaintiff
18                                         LUIS ALVAREZ-ORELLANA

19

20

21

22

23

24

25

26

27  HOA.977838.1                                                    C 12-4693 EMC
28  STIPULATION AND [PROPOSED]           -2-
    ORDER SETTING DATE FOR
    DEFENDANT LEROY D. BACA TO
    RESPOND TO THE FIRST
    AMENDED COMPLAINT

# [~~PROPO~~SED] ORDER

Having reviewed the Stipulation of the parties regarding the filing due date of Defendant Leroy D. Baca's response to Plaintiff's First Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED, that Defendant Leroy D. Baca must file and serve a response to Plaintiff's First Amended Complaint by May 23, 2013.

May 13, 2013



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

HOA.977838.1

STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR DEFENDANT LEROY D. BACA TO RESPOND TO THE FIRST AMENDED COMPLAINT

-3-

C 12-4693 EMC