ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY OF ANTIOCH et al.,<br><br>            Defendants, | Case No.:  C12-4693 EMC<br><br>Plaintiff ALVAREZ' & Defendant DAVID O. LIVINGSTON'S STIPULATION ON FILING OF OPPOSITION TO MOTION TO DISMISS AND REPLY THEREON<br><br>Date:       June 27, 2013<br>Time:       1:30 p.m.<br>Courtroom: 5, 17th Fl.<br><br>Hon. Edward M. Chen |

   Plaintiff  LUIS A. ALVARES-ORELLANA, by and through his attorney of record, ENRIQUE RAMIREZ, and Defendant DAVID O. LIVINGSTON, by and through his attorney of record, CHRISTOPHER B. WHITMAN, stipulate herein as follows:

   As a result of pressing legal filing, Court appearances and a previously scheduled family vacation, Plaintiff's attorney, ENRIQUE RAMIREZ, is unable to complete and file Plaintiff ALVAREZ' Opposition to Defendant LIVINGSTONE's Motion to Dismiss by May 31, 2013.

   Accordingly, Plaintiff ALVAREZ, and Defendant DAVID O. LIVINGSTON, through their attorneys of record have stipulated as follows;

   Opposition to Defendant LIVINGSTON's Motion to Dismiss will be filed by June 17, 2013 and any Reply thereon may be filed on June 24, 2013, if need be.  The hearing on the Motion to Dismiss therefore, should be re-calendared to July 11, 2013 at 1:30 p.m., in Courtroom 5 before the Honorable Edward M. Chen.

Parties further stipulate that Honorable Judge Edward M. Chen, may issue an Order approving the parties' modification to the filing of Opposition and Reply to Defendants' Motion to Dismiss.

DATE: 05/30/2013 _____/s/_____  05/30/2013 _____/s/_____
                   Christopher B. Whitman                Enrique Ramirez
                   For David O. Livingston               For Luis A. Alvarez

ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF ANTIOCH et al., )<br>)<br>Defendants, )<br>)<br>) | Case No.: C12-4693 EMC<br><br>ORDER PURSUANT TO STIPULATION<br><br>Date:       June 27, 2013<br>Time:      1:30 p.m.<br>Courtroom  5. 17th Fl.<br><br><br>Hon. Judge Edward M. Chen |

Pursuant to Stipulation between, Plaintiff Luis A. Alvarez-Orellana and Defendant DAVID O. LIVINGSTON, IT IS HEREBY ORDERED THAT, Plaintiff's opposition to Defendants' Motion to Dismiss be filed by JUNE 17, 2013 and a Reply thereon, by JUNE 24, 2013.  The hearing date and time for the Motion to Dismiss is now set for JULY 11, 2013 at  1:30 p.m.

DATED: 5/31/13 _____

Hon. Judge

IT IS SO ORDERED
Judge Edward M. Chen