Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ANTIOCH, et al, <br><br> Defendants. | Case No. C12-4693 EMC <br><br> STIPULATION AND [PR~~OPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> The Honorable Edward M. Chen |

The parties, plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his attorney of record, Enrique Ramirez of the Law Office of Enrique Ramirez, defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO, by and through their attorney of record, Gregory M. Fox of Bertrand, Fox & Elliot, defendant DAVID O. LIVINGSTON, by and through his attorney of record, Deputy County Counsel Christopher B. Whitman of the Contra Costa County Counsel's Office, and defendant LEROY D. BACA, by and through his attorney of record, Senior Deputy County Counsel Jonathan McCaverty of the Los Angeles County Counsel's Office, hereby stipulate that the Case Management Conference in this matter currently set for August 22, 2013 be continued until September 19, 2013.

Good cause exists for the continuance in that by notice sent on July 16, 2013, the Case Management Conference date was continued by the Clerk of the Court from August 1, 2013 to August 22, 2013.  However, trial counsel for the City of Antioch, Gregory M. Fox, has a prepaid scheduled

1  vacation out of the country from August 16 – September 1, 2013.  Mr. Fox has therefore requested
2  counsels' cooperation in rescheduling the Case Management Conference to a date after his return.
3       Counsel for the parties are all free to attend a conference on September 19, 2013 and hereby
4  stipulate that the conference be rescheduled to that date.  Case management statements will be filed by
5  September 12, 2013.
6       SO STIPULATED.

Dated:  July 25, 2013                               BERTRAND, FOX & ELLIOT

                                              By:  _____/s/_____
                                                 Gregory M. Fox
                                                 Attorneys for Defendants
                                                 CITY OF ANTIOCH, LOREN BLEDSOE
                                                 and ALLAN CANTANDO

Dated:  July 24, 2013                               LAW OFFICE OF ENRIQUE RAMIREZ

                                              By:  _____/s/_____
                                                 Enrique Ramirez
                                                 Attorneys for Plaintiff
                                                 LUIS A. ALVAREZ-ORELLANA

Dated:  July 25, 2013                               COUNTY COUNSEL FOR CONTRA COSTA

                                              By:  _____/s/_____
                                                 Deputy County Counsel Christopher B. Whitman
                                                 Attorneys for Defendant
                                                 DAVID O. LIVINGSTON

Dated:  July 25, 2013                               COUNTY COUNSEL FOR LOS ANGELES

                                              By:  _____/s/_____
                                                 Senior Deputy County Counsel
                                                 Jonathan McCaverty
                                                 Attorneys for Defendant
                                                 LEROY D. BACA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE , USDC, Northern Dist. Case No. C12-4693 EMC

ATTORNEY ATTESTATION

I hereby attest that I have authorization from all above named counsel to e-file this stipulation and proposed order and this authority is reflected by conformed signature ("/s/") within this E-filed document.

Dated: July 25, 2013

/s/
Gregory M. Fox

\*   \*   \*

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the Case Management Conference currently scheduled for August 22, 2103 is continued until September 19, 2013 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco. Case Management Statements are due on September 12, 2013.

Date: July 30, 2013



The Honorable Edward M. Chen
United States District Judge

---

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE , USDC, Northern Dist. Case No. C12-4693 EMC