1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:      (415) 353-0999
4  Facsimile:      (415) 353-0990

5  Attorneys for Defendants
   CITY OF ANTIOCH, LOREN BLEDSOE
6  and ALLAN CANTANDO

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  LUIS A. ALVAREZ-ORELLANA,              Case No. C12-4693 EMC

12          Plaintiff,

13  v.                                     STIPULATION AND [PROPOSED] ORDER TO
                                           CONTINUE CASE MANAGEMENT CONFERENCE
14  CITY OF ANTIOCH, et al,

15          Defendants.
                                           The Honorable Edward M. Chen
16

17       The parties, plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his attorney of record,

18  Enrique Ramirez of the Law Office of Enrique Ramirez, defendants CITY OF ANTIOCH, LOREN

19  BLEDSOE and ALLAN CANTANDO, by and through their attorney of record, Gregory M. Fox of

20  Bertrand, Fox & Elliot, defendant DAVID O. LIVINGSTON, by and through his attorney of record,

21  Deputy County Counsel Christopher B. Whitman of the Contra Costa County Counsel's Office, and

22  defendant LEROY D. BACA, by and through his attorney of record, Senior Deputy County Counsel

23  Jonathan McCaverty of the Los Angeles County Counsel's Office, hereby stipulate that the Case

24  Management Conference in this matter currently set for August 22, 2013 be continued until September

25  19, 2013.

26       Good cause exists for the continuance in that by notice sent on July 16, 2013, the Case

27  Management Conference date was continued by the Clerk of the Court from August 1, 2013 to August

28  22, 2013.  However, trial counsel for the City of Antioch, Gregory M. Fox, has a prepaid scheduled

vacation out of the country from August 16 – September 1, 2013.  Mr. Fox has therefore requested counsels' cooperation in rescheduling the Case Management Conference to a date after his return.

Counsel for the parties are all free to attend a conference on September 19, 2013 and hereby stipulate that the conference be rescheduled to that date.  Case management statements will be filed by September 12, 2013.

SO STIPULATED.


Dated:  July 25, 2013                              BERTRAND, FOX & ELLIOT


                                    By:  _____/s/_____
                                          Gregory M. Fox
                                          Attorneys for Defendants
                                          CITY OF ANTIOCH, LOREN BLEDSOE
                                          and ALLAN CANTANDO


Dated:  July 24, 2013                              LAW OFFICE OF ENRIQUE RAMIREZ


                                    By:  _____/s/_____
                                          Enrique Ramirez
                                          Attorneys for Plaintiff
                                          LUIS A. ALVAREZ-ORELLANA

Dated:  July 25, 2013                              COUNTY COUNSEL FOR CONTRA COSTA


                                    By:  _____/s/_____
                                          Deputy County Counsel Christopher B. Whitman
                                          Attorneys for Defendant
                                          DAVID O. LIVINGSTON


Dated:  July 25, 2013                              COUNTY COUNSEL FOR LOS ANGELES


                                    By:  _____/s/_____
                                          Senior Deputy County Counsel
                                          Jonathan McCaverty
                                          Attorneys for Defendant
                                          LEROY D. BACA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE , USDC, Northern Dist. Case No. C12-4693 EMC

ATTORNEY ATTESTATION

I hereby attest that I have authorization from all above named counsel to e-file this stipulation and proposed order and this authority is reflected by conformed signature ("/s/") within this E-filed document.

Dated: July 25, 2013

_____/s/_____
Gregory M. Fox

\*       \*       \*

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Case Management Conference currently scheduled for August 22, 2103 is continued until September 19, 2013 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco. Case Management Statements are due on September 12, 2013.

Date: July \_\_\_30\_\_\_, 2013



_____
The Honorable Ed...
United States Dist...

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE , USDC, Northern Dist. Case No. C12-4693 EMC