ENRIQUE RAMIREZ SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS A. ALVAREZ-ORELLANA

Plaintiffs,

vs.

CITY OF ANTIOCH et al.,

Defendants,

Case No.: C12-4693 JSC

ORDER PURSUANT TO STIPULATION

Date:
Time: .
Courtroom 5, 17th Fl.

Hon. Edward M. Chen

Pursuant to Stipulation between, Plaintiff Luis A. Alvarez-Orellana; Defendants City of Antioch, Loren Bledsoe, Allan Cantando; and Defendant Leroy D. Baca, IT IS HEREBY ORDERED THAT, the deadline for completion of the Early Neutral Evaluation in this case, be continued to December 19, 2013.

UNITED STATES DISTRICT COURT
11/06/2013
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

DATED: