Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990
E-Mail: gfox@bfesf.com

Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA, | Case No. C12-4693 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF DISMISSAL OF ANTIOCH DEFENDANTS WITH PREJUDICE |
| v. | |
| CITY OF ANTIOCH, et al, | |
| Defendants. | The Honorable Edward M. Chen |

The parties, plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his attorney of record, Enrique Ramirez of the Law Office of Enrique Ramirez, and defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO (Antioch Defendants), by and through their attorney of record, Gregory M. Fox of Bertrand, Fox & Elliot, hereby stipulate that plaintiff's action against defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO be dismissed with prejudice with these stipulating parties to bear their own costs and fees.

Good cause exists for the dismissal of the Antioch Defendants in that the Antioch Defendants have provided plaintiff with satisfactory proof Officer Bledsoe took appropriate steps to contact the Los Angeles Sheriff's Department to confirm the validity of the warrant in questions and was advised by the Los Angeles Sheriff's Department that the warrant in question was valid.

1

STIPULATION AND [PROPOSED] ORDER DISMISSING ANTIOCH DEFENDANTS WITH PREJUDICE
USDC, Northern Dist. Case No. 3:12-cv-04693 EMC

Plaintiff has entered a settlement agreement with defendant LEROY BACA.  Plaintiff agrees to dismiss the Antioch Defendants with prejudice, all parties to bear their own costs and attorneys' fees.

SO STIPULATED.

Dated:  December 9, 2013                                            BERTRAND, FOX & ELLIOT

By: _____/s/_____
Gregory M. Fox
Attorneys for Defendants
CITY OF ANTIOCH, LOREN BLEDSOE
and ALLAN CANTANDO

Dated:  December 9, 2013                                            LAW OFFICE OF ENRIQUE RAMIREZ

By: _____/s/_____
Enrique Ramirez
Attorneys for Plaintiff
LUIS A. ALVAREZ-ORELLANA

ATTORNEY ATTESTATION

I hereby attest that I have authorization from all above named counsel to e-file this stipulation and proposed order and this authority is reflected by conformed signature ("/s/") within this E-filed document.

Dated: December 9, 2013                                            _____/s/_____
Gregory M. Fox

\* \* \*

### [PR~~OPO~~SED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that plaintiff LUIS A. ALVAREZ-ORELLANA above captioned action against defendants CITY OF ANTIOCH, LOREN BLEDSOE and ALLAN CANTANDO, ONLY, be and hereby is dismissed with prejudice, with these stipulating parties to bear their own costs and fees.

Date: December __16__, 2013



The Honorable Edward M. Chen
United States District Judge

3