ENRIQUE RAMIREZ   SBN 98751
Law Office of Enrique Ramirez
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109
(415)441-9775
Facsimile: (415)441-9917

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. ALVAREZ-ORELLANA<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF ANTIOCH et al.,<br><br>　　　　Defendants, | Case No.:  C12-4693 EMC<br><br>PLAINTIFF LUIS A. ALVAREZ NOTICE OF SETTLEMENT OF CLAIMS AND REQUEST TO CANCEL AND/ OR CONTINUE UPCOMING CASE MANAGEMENT CONFERENCE; ORDER RESETTING CMC<br><br>Date:　　December 19  2013<br>Time:　　10:30 a.m.<br>Courtroom　 5. 17th Fl.<br><br>Honorable Judge Eduard M. Chen |

　　Plaintiff  LUIS A ALVARES-ORELLANA, by and through his attorney of record, ENRIQUE RAMIREZ, hereby notifies this Court of a settlement of Plaintiff's claims against the only remaining Defendant in this case, Los Angeles Sheriff Leroy D. Baca.

　　Plaintiff LUIS A. ALVAREZ-ORELLANA, by and through his counsel of record requests further that, the current Case Management Conference scheduled for December 19, 2013 be cancelled and/or continued in order to allow Defendant Leroy D. Baca time to finalize all settlement particulars.  It is expected that all aspects of the settlement agreement will be finalized within an eight weeks period, at which time Plaintiff LUIS A. ALVAREZ-ORELLANA, will file a dismissal with prejudice.

　　Respectfully submitted,


12/10/2013 _____/S/_____　　　　_____/S/_____
　　　　ENRIQUE RAMIREZ for　　　　　　　　JONATHAN McCAVERTY for
　　　　Plaintiff Luis A. Alvarez-Orellana　　　　　Sheriff Leroy D. Baca

1  ENRIQUE RAMIREZ   SBN 98751
   Law Office of Enrique Ramirez
2  825 Van Ness Avenue, Suite 304
   San Francisco, CA 94109
3  (415)441-9775
   Facsimile: (415)441-9917
4
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUIS A. ALVAREZ-ORELLANA<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF ANTIOCH et al.,<br><br>           Defendants, | Case No.:  C12-4693 EMC<br><br>ORDER PURSUANT TO PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO CANCEL AND/ OR CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:       December 19  2013<br>Time:       10:30 a.m.<br>Courtroom   5. 17th Fl.<br><br>Honorable Judge Eduard M. Chen |

Based on Plaintiff's  LUIS A ALVARES-ORELLANA and Defendant Sheriff LEROY D. BACA's settlement of Plaintiff's claims; IT IS HEREBY ORDER THAT, the Case Management Conference now scheduled for December 19, 2013 is hereby ~~cancelled/~~ continued ~~until further order.~~  to March 6, 2014 at 10:30 a.m.  An updated joint CMC statement shall be filed by February 27, 2014.

_____
Honorable Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen